of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal, specifically, whether the court erred when it failed to comply with CPL 310.30 in regard to court exhibit Nos. 8 and 9. Upon our review of the motion papers, we conclude that the issue may have merit. The order of December 23, 2011 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before July 30, 2015. Present—Scudder, P.J., Smith, Centra, Carni and Lindley, JJ.

■ In the Matter of the Estate of PERCY PERRY, Deceased. BARNEY B. PERRY, Sr., Appellant; TRACEE MEGNA, Executrix of PERCY PERRY, Deceased, Respondent. [6 NYS3d 524]—Motion for reargument denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM THEALL, Appellant. [6 NYS3d 524]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Carni, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. MILLER, Appellant. [6 NYS3d 524]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ In the Matter of ADIRONDACK HEALTH-UIHLEIN LIVING CENTER et al., Respondents, v NIRAV R. SHAH, M.D., Commissioner of Health, State of New York, et al., Appellants. [6 NYS3d 524]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of SHAWN GREEN, Petitioner, v THOMAS J. STICHT, Acting Superintendent, Wende Correctional Facility, Respondent. [6 NYS3d 525]—Motion for reargument, resettlement, clarification or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.

■ In the Matter of ADIRONDACK HEALTH-UIHLEIN LIVING CENTER et al., Respondents, v NIRAV R. SHAH, M.D., Commissioner of Health, State of New York, et al., Appellants. [6 NYS3d 524]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Valentino, Whalen and DeJoseph, JJ.